UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLAN STEPHEN CARRASCO,<br><br>    Defendant. | CASE NO. 12CR1265-DMS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal without prejudice; or

_____  the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

    21 USC 952 and 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   May 4, 2012

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE